**COM.**

v.

**GUNTER, T.**

**830 WDA 2016**

Superior Court of Pennsylvania.

05/08/2017

CP–25–CR–0003499–2014 (Erie)

Affirmed–Application to Withdraw as Counsel Granted

**COM.**

v.

**STRINGER, R.**

**937 WDA 2016**

Superior Court of Pennsylvania.

05/08/2017

Reargument Denied 7/20/2017

CP–02–CR–0001070–2004 (Allegheny)

Affirmed

**PACCAR FINANCIAL**

v.

**WATERBOYZ**

**1127 WDA 2016**

Superior Court of Pennsylvania.

05/08/2017

179 Civil 2016 (Somerset)

Affirmed

**PACCAR FINANCIAL**

v.

**MOSTOLLER, L.**

**1128 WDA 2016**

Superior Court of Pennsylvania.

05/08/2017

No. 137 Civil 2016 (Somerset)

Affirmed

**COM.**

v.

**BELL, J.**

**3787 EDA 2015**

Superior Court of Pennsylvania.

05/09/2017

CP–51–CR–0002010–2011 (Philadelphia)

Affirmed/Vacated